UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. BICK, et al.,<br><br>　　　　　　Defendants. | No. 2:16-cv-1425 TLN CKD P<br><br><br>ORDER |

　　　　On September 1, 2016, the Magistrate Judge assigned to this case issued an order dismissing Plaintiff's complaint with leave to amend.  On September 24, 2016, Plaintiff filed[1] a document the Court construes as a request for reconsideration of that order.  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties."  Plaintiff's request for reconsideration of the Magistrate Judge's order of September 1, 2016 is therefore untimely.

/////

/////

/////

---

[1] By "filed" the Court means the date upon which plaintiff gave his request for reconsideration to prison officials for mailing.  See Houston v. Lack, 487 U. S. 266, 270 (1988).

1

1       Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for reconsideration (ECF
2 No. 9) is denied.
3 Dated: January 4, 2017

                                      Troy L. Nunley
                                      United States District Judge