UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSH BICK, et al.,<br><br>　　　　　　Defendants. | No. 2:16-cv-1425 TLN CKD P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's May 30, 2017 findings and recommendations are vacated;

2. Plaintiff's motion for an extension of time (ECF No. 18) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Plaintiff's failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated: June 6, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
thom1425.36(1)