IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSH THOMAS,** | Case No. 2:16-cv-01425-TLN-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **J. BICK, et al.,** | |
| Defendants. | |

Good cause appearing, the Court stays Defendants' obligation to file a responsive pleading until the Court resolves Defendants' motion to revoke Plaintiff's *in forma pauperis* status. Defendants are relieved of the obligation to file a responsive pleading until further order of the Court.

Dated: March 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE