IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSH THOMAS,** | Case No. 2:16-cv-01425 TLN CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. BICK, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a twenty-one-day extension of time, up to and including June 11, 2018, within which to file and serve a Reply to Plaintiff's Opposition to Defendants' Motion for an Order Revoking Plaintiff's *In Forma Pauperis* Status.

IT IS SO ORDERED.

Dated: May 23, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE